USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DEBRA DENISE HOGANS,                      :
                         Plaintiff,       :
                                          :    07 Civ. 7721 (DLC)
            -v-                           :
                                          :        ORDER
DELL MAGAZINES/PENNY PRESS,               :
                         Defendant.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   The above-referenced case has been assigned to this Court. The complaint was filed with the Court on August 29, 2007, but our files reflect that the complaint was never served on the defendants. It is hereby

   ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendant(s) has/have been served, when and in what manner such service was made.

   IT IS FURTHER ORDERED that if we do not receive any communication from you by February 1, 2008, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

In addition, in the event that your address changes, please be sure to inform the Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:   New York, New York
         January 2, 2008

                                   _____
                                         DENISE COTE
                                   United States District Judge

Copy mailed to:

Debra Denise Hogans
1440 Freeport Loop, #15C
Brooklyn, NY 11239