USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                             :
DEBRA DENISE HOGANS,                  :
                    Plaintiff,     :
                                     :     07 Civ. 7721 (DLC)
           -v-                   :
                                     :     ORDER
DELL MAGAZINES/PENNY PRESS,      :
                    Defendant.    :
----------------------------------------X

DENISE COTE, District Judge:

    By Order dated January 11, 2008, an initial pretrial conference in this action was scheduled for February 15.  On January 16, defendant moved to dismiss plaintiff's complaint.  It is hereby

    ORDERED that the initial pretrial conference scheduled for February 15 is adjourned <u>sine die</u>.

    IT IS FURTHER ORDERED that plaintiff shall file any opposition to defendant's motion to dismiss by February 22, 2008.  Defendant's reply shall be due March 7.

    IT IS FURTHER ORDERED that defendants shall provide the Court with two courtesy copies of all motion papers submitted.

    IT IS FURTHER ORDERED that the parties will direct all correspondence relating to this case to the Pro Se Clerk's Office at 500 Pearl Street, Room 230, New York, NY 10007.

    IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of

requested relief, return of correspondence to plaintiff without further examination, dismissal of the action, the entry of judgment by default, or such other action as may be just under the circumstances.

    SO ORDERED:

Dated:    New York, New York
           January 23, 2008

                                        DENISE COTE
                           United States District Judge

Copy mailed to:

Debra Denise Hogans
1440 Freeport Loop, #15C
Brooklyn, NY 11239

Aimee Sato
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167