UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBRA DENISE HOGANS,

           Plaintiff,

-against-

DELL MAGAZINES/ PENNY PRESS,

           Defendant.
------------------------------------------------------------X

07 CIVIL 7721 (DLC)

**JUDGMENT**

SCANNED

    Defendant having moved to dismiss, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on March 18, 2008, having rendered its Opinion and Order granting defendant's January 16, 2008 motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2008, defendant's January 16, 2008 motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
       March 25, 2008

                                            J. MICHAEL McMAHON
                                                 Clerk of Court
                        BY:
                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____