# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Document # _____ *18*

U.S.C.A. # _____

*Hogins*

-v-

U.S.D.C. # *07-CV-7721*

*Dell Magazines/Penny Press*

JUDGE: _____ *DLC*

DATE: _____ *4/25/2008*

APR 2 5 2008

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): **THOMAS R. PISARCZYK**
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                        DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record

(_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the *25th* day of *April*, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

~~Hogins~~

-v-

Dell Magazines / Penny Press

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # _07-cv-7721_

JUDGE: _DLC_

DATE: _4/25/2008_

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __17__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document  Description

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-07721-DLC**
**Internal Use Only**

Hogins v. Dell Magazines/Penny Press
Assigned to: Judge Denise L. Cote
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 08/29/2007
Date Terminated: 03/25/2008
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2007 | 1 | ENDORSEMENT on Declaration in Support of Request to Proceed In Forma Pauperis, I.F.P. REQUEST IS GRANTED. (Signed by Judge Kimba M. Wood on 8/28/07) (db) (Entered: 09/06/2007) |
| 08/29/2007 | 2 | COMPLAINT against Dell Magazines/Penny Press. Document filed by Debra Denise Hogins.(db) (Entered: 09/06/2007) |
| 08/29/2007 | | SUMMONS ISSUED as to Dell Magazines/Penny Press. (db) (Entered: 09/06/2007) |
| 08/29/2007 | | Magistrate Judge Henry B. Pitman is so designated. (db) (Entered: 09/06/2007) |
| 01/02/2008 | 3 | ORDER: That the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within 120 days prescribed by Rule 4(m) of the FRCP, or, if you believe that the defendant(s) has/have been served, when and in what manner such service was made. If we do not receive any communication from you by 2/1/08, showing good cause why such service was not made within 120 days, the Court will dismiss the case. (Signed by Judge Denise L. Cote on 1/2/08) (db) (Entered: 01/03/2008) |
| 01/11/2008 | 4 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/15/2008 at 10:00 AM in Courtroom 11B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote. (tro) (Entered: 01/11/2008) |
| 01/16/2008 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Penny Publications LLC as Corporate Parent. Document filed by Dell Magazines/Penny Press.(djc) (Entered: 01/17/2008) |
| 01/16/2008 | 6 | NOTICE TO PRO SE LITIGANT WHO OPPOSES A RULE 12 MOTION SUPPORTED BY MATTERS OUTSIDE THE PLEADINGS. Document filed by Dell Magazines/Penny Press. (dle) (Entered: 01/22/2008) |
| 01/16/2008 | 7 | MOTION for an order pursuant to Rules 12(b)(6) of the FRCP and Local Civil Rule 12.1 dismissing the Complaint of plaintiff Debra Denise Hogans on the grounds that plaintiff failed to file her Charge before the Equal Employment Opportunity Commission within the prescribed limitations period, thereby rendering this action untimely. Document filed by Dell Magazines/Penny Press. Return Date set for 2/19/2008 at 10:00 AM.(dle) (Entered: 01/22/2008) |
| 01/16/2008 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Dismiss. Document filed by Dell Magazines/Penny Press. (die) (Entered: 01/22/2008) |
| 01/23/2008 | 9 | ORDER: The initial pretrial conference (2/15/08) is adjourned sine die. Plaintiff shall file any opposition to defendants motion to dismiss by 2/22/08. Defendants reply shall be due 3/7/08 as further set forth in said Order. All further correspondences by any party shall be made to the Pro Se Clerks office at 500 Pearl Street, New York, New York 10007 (Room 230). Set Deadlines/Hearing as to 7 MOTION to Dismiss: (Responses due by 2/22/2008. Replies due by 3/7/2008.) (Signed by Judge Denise L. Cote on 1/23/08) copies mailed in chambers (db) (Entered: 01/24/2008) |
| 01/31/2008 | 10 | (DUPLICATE MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Dell Magazines/Penny Press served on 12/27/2007, answer due 1/16/2008. Service was made by Mail. Document filed by Debra Denise Hogins. (tro) (Entered: 02/01/2008) |
| 02/05/2008 | 11 | NOTICE OF APPEARANCE by Steven G Eckhaus on behalf of Dell Magazines/Penny Press (djc) (Entered: 02/06/2008) |
| 02/08/2008 | 13 | DUPLICATE AFFIDAVIT OF SERVICE of Summons and Complaint. Service was accepted by Joanne Goodson. Document filed by Debra Denise Hogins. (djc) (Entered: 02/28/2008) |
| 02/20/2008 | 12 | AFFIRMATION of Debra Hogans in Opposition re: 7 MOTION to Dismiss. Document filed by Debra Denise Hogins. (rw) (Entered: 02/22/2008) |
| 03/06/2008 | 14 | REPLY MEMORANDUM OF LAW in Further Support re: 7 MOTION to Dismiss. Document filed by Dell Magazines/Penny Press. (djc) (Entered: 03/10/2008) |
| 03/18/2008 | 15 | OPINION AND ORDER #95830: Defendant's January 16, 2008 motion to dismiss is granted. The Clerk of Court shall close the case. (Signed by Judge Denise L. Cote on 3/18/08) Copies Mailed By Chambers.(js) Modified on 3/18/2008 (js). (Entered: 03/18/2008) |
| 03/18/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 15 Memorandum & Opinion, to the Judgments and Orders Clerk. (js) (Entered: 03/19/2008) |
| 03/25/2008 | 16 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated March 18, 2008, defendants January 16, 2008 motion to dismiss is granted; accordingly, the case is closed. (Signed by J. Michael McMahon, clerk on 3/25/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 03/25/2008) |
| 03/26/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Debra Denise Hogins, Dell Magazines/Penny Press and to Attorney(s) of Record: Steven G Eckhaus. (ama) (Entered: 03/26/2008) |
| 04/16/2008 | 17 | NOTICE OF APPEAL from 16 Clerk's Judgment. Document filed by Debra Denise Hogins. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 04/24/2008) |
| 04/16/2008 | | Appeal Remark as to 17 Notice of Appeal filed by Debra Denise Hogins. NO FEE. IFP GRANTED 8/28/07. (tp) (Entered: 04/24/2008) |

| 04/24/2008 | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 17 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 | Transmission of Notice of Appeal to the District Judge re: 17 Notice of Appeal. (tp) (Entered: 04/24/2008) |